IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAY DANIEL SANDERS,
ADC # 145597                                                                                          PLAINTIFF

V.                               CASE NO. 5:16-CV-00032 BD

ED ADAMS, et al.                                                                                  DEFENDANTS

## JUDGMENT

The parties tried this case on February 13, 2017, before the Court in a Bench Trial. After considering the evidence, the Court announced its Findings of Fact and Conclusions of Law from the bench.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Plaintiff Jay Daniel Sanders take nothing on this complaint against Defendants Ed Adams and Greg Bolin, and the same is hereby dismissed with prejudice.

DATED this 14th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE